1  Richard D. Marca, Bar #127365
   Richard.Marca@GreshamSavage.com
2  Jamie Wrage, Bar #188982
   Jamie.Wrage@GreshamSavage.com
3  Evan D. Beecher, Bar #280364
   Evan.Beecher@GreshamSavage.com
4  **GRESHAM SAVAGE NOLAN & TILDEN,**
   **A Professional Corporation**
5  3750 University Avenue, Suite 250
   Riverside, CA 92501-3335
6  Telephone:   (951) 684-2171
   Facsimile:   (951) 684-2150
7

8  Attorneys for Defendants,
   AGRESERVES, INC. dba SOUTH VALLEY FARMS,
9  improperly named as SOUTH VALLEY FARMS dba
   SOUTH VALLEY ALMOND COMPANY, LLC.
10

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13                          FRESNO DIVISION

14
   JUAN CARLOS ROBLES, an individual;      ) CASE NO. 1:14-CV-00540-AWI-JLT
15                                          )
        Plaintiff,                          )
16                                          ) **DEFENDANT AGRESERVE, INC.'S**
   vs.                                      ) **AMENDED NOTICE OF REMOVAL**
17                                          )
   AGRESERVES, INC.; THE CHURCH OF          )
18 JESUS CHRIST OF LATTER DAY SAINTS;       ) [KERN COUNTY SUPERIOR COURT
   SOUTH VALLEY FARMS dba SOUTH             ) CASE NO. S-1500-CV 281375 DRL]
19 VALLEY ALMOND COMPANY, LLC;              )
   JORGE CAMPOS, an individual; JAY         )
20 PAYNE, an individual; and DOES 1 through )
   100, inclusive                           )
21                                          )
        Defendants.                         )
22

23       TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

24 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION:

25

26

27

28

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

1
**DEFENDANT AGRESERVE, INC.'S AMENDED NOTICE OF REMOVAL**
A915-000 -- 1365727.1

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1446(b), Defendant AgReserves, Inc., dba South Valley Farms, which was improperly named as South Valley Farms dba South Valley Almond Company, LLC ("AgReserves") hereby amends its April 16, 2014 Notice of Removal, by editing page 2, line 1, to change "§ 1441(b)" to "§ 1441(a)".

Dated: May 30, 2014

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

By: _____
Richard D. Marca
Jamie Wrage
Evan D. Beecher
Attorneys for Defendants,
AgReserves, Inc. dba South Valley Farms

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

2
DEFENDANT AGRESERVE, INC.'S AMENDED NOTICE OF REMOVAL
A915-000 -- 1365727.1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

Re:   *Juan Carlos Robles v. AgReserves, Inc, et al.*
      United States District Court Case No. 1:14-CV-00540-AWI-JLT

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335. On May 30, 2014, I served copies of the within documents described as **DEFENDANT AGRESERVE, INC.'S AMENDED NOTICE OF REMOVAL** on the interested parties in this action in a sealed envelope addressed as follows:

**See attached Service List**

☐ **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY CM/ECF SYSTEM** - I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants listed on the attached Service List.

☐ **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

☐ **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted to the facsimile number of the office of the addressee from the office of Gresham Savage Nolan & Tilden, in Riverside, California, on the date set forth above. The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine. Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

☐ **BY ELECTRONIC/EMAIL** - I caused such document to be delivered to the office of the addressee via electronic e-mail pursuant to C.C.P. §1013(a). Said document was transmitted to the email address of that office which is listed on the above Service List. Said document was served electronically and the transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 30, 2014, at Riverside, California.

*/s/ Linda Ramirez*
Linda Ramirez

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

1
PROOF OF SERVICE

A915-000 -- 1365727.1

## SERVICE LIST

Re: *Juan Carlos Robles v. AgReserves, Inc, et al.*
United States District Court Case No. 1:14-CV-00540-AWI-JLT

| | |
|---|---|
| Karl Gerber, Esq. [kgerber@emplaw.net] | ***Attorneys for Plaintiff,*** |
| Ann Guleser, Esq. [aguleser@emplaw.net] | ***JUAN CARLOS ROBLES*** |
| EMPLOYMENT LAWYERS GROUP | |
| 13418 Ventura Boulevard | |
| Sherman Oaks, CA  91422 | |
| *Telephone:*  (818) 783-7300 | |
| *Facsimile:*  (818) 995-7159 | |

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

2
PROOF OF SERVICE

A915-000 -- 1365727.1