**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS ROBLES, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>AGRESERVES, INC. et al.,<br><br>    Defendants. | CASE NO. 1:14-CV-00540-AWI-JLT<br><br>**PROPOSED ORDER FOR DEFENDANT AGRESERVES, INC. TO FILE A COUNTERCLAIM**<br><br>**(Doc. 19)** |

Based upon the stipulation of the parties, the Court **ORDERS**:

The stipulation (Doc. 19) is **GRANTED**. Defendant AgReserves, Inc. may file its Counterclaim attached to the stipulation as Exhibit 1, within two court days of the entry of this Order.

IT IS SO ORDERED.

    Dated:   **January 6, 2015**               **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE