1  Richard D. Marca, Bar #127365
   Richard.Marca@GreshamSavage.com
2  Jamie Wrage, Bar #188982
   Jamie.Wrage@GreshamSavage.com
3  Jeff T. Olsen, Bar #283249
   Jeff.Olsen@GreshamSavage.com
4  **GRESHAM SAVAGE NOLAN & TILDEN,**
   **A Professional Corporation**
5  3750 University Avenue, Suite 250
   Riverside, CA  92501-3335
6  Telephone:     (951) 684-2171
   Facsimile:     (951) 684-2150
7
   Attorneys for Defendants,
8  AGRESERVES, INC. dba SOUTH VALLEY FARMS,
   improperly named as SOUTH VALLEY FARMS dba
9  SOUTH VALLEY ALMOND COMPANY, LLC.;
   GEORGE CAMPO, an individual; and
10 JAY PAYNE, an individual; and specially
   appearing for unserved parties THE CHURCH
11 OF JESUS CHRIST OF LATTER DAY SAINTS and
   SOUTH VALLEY FARMS dba SOUTH VALLEY
12 ALMOND COMPANY

13               **UNITED STATES DISTRICT COURT**

14                **EASTERN DISTRICT OF CALIFORNIA**

15                       **FRESNO DIVISION**

| | |
|---|---|
| 16  JUAN CARLOS ROBLES, an individual; | CASE NO. 1:14-CV-00540-AWI-JLT |
| 17      Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITH PREJUDICE** |
| 18  vs. | |
| 19  AGRESERVES, INC.,; THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS; | |
| 20  SOUTH VALLEY FARMS dba SOUTH VALLEY ALMOND COMPANY, LLC; | |
| 21  JORGE CAMPOS, an individual; JAY PAYNE, an individual; and DOES 1 through | |
| 22  100, inclusive | |
| 23      Defendants. | |
| 24  AGRESERVES, INC., | |
| 25      COUNTERCLAIMANT, | |
| 26  vs. | |
| 27  JUAN CARLOS ROBLES, an individual; and ROES 1 through 10, inclusive, | |

28

1

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITH PREJUDICE**

|   |   |
|---|---|
| | ) |
| COUNTER-Defendants. | ) |
| | ) |

TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Juan Carlos Robles ("Plaintiff") and Defendant AGRESERVES, INC. dba South Valley Farms (improperly named as South Valley Farms dba South Valley Almond Company, LLC), Defendant JORGE CAMPOS and Defendant JAY PAYNE (hereinafter collectively referred to as "Defendants"), stipulate as follows through their undersigned counsel of record:

WHEREAS, THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS is an unserved party, has not appeared in this action and does not intend to appear for purposes of this stipulation;

WHEREAS, SOUTH VALLEY FARMS dba SOUTH VALLEY ALMOND COMPANY, LLC is an unserved party, has not appeared in this action and does not intend to appear for purposes of this stipulation, and does not exist as an entity;

WHEREAS, the Pleading Amendment Deadline has passed, per the Scheduling Order issued on August 1, 2014 in this case, the deadline was October 1, 2014;

THEREFORE, in light of the foregoing, Plaintiff and Defendants stipulate as follows:

1. Plaintiff and Defendants consent to the Dismissal of THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, from the above captioned matter, with prejudice.

2. Plaintiff and Defendants consent to the Dismissal of SOUTH VALLEY FARMS dba SOUTH VALLEY ALMOND COMPANY, LLC from the above captioned matter, with prejudice.

3. Plaintiff and THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, hereby agree that each party shall bear its own attorneys' fees and costs in this matter.

4. Plaintiff and SOUTH VALLEY FARMS dba SOUTH VALLEY ALMOND COMPANY, LLC hereby agree that each party shall bear its own attorneys' fees and costs in this matter.

///

**IT IS SO STIPULATED.**

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE. STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

2
**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITH PREJUDICE**

Dated: October 12, 2015          EMPLOYMENT LAWYERS GROUP

                                 By:  /s/ *Ann Guleser*
                                     Karl Gerber
                                     Ann Guleser
                                     Attorneys for Plaintiff
                                     JUAN CARLOS ROBLES

Dated: October 12, 2015          GRESHAM SAVAGE NOLAN & TILDEN,
                                 A Professional Corporation

                                 By: :  /s/ *Jeff T. Olsen*
                                     Richard D. Marca
                                     Jamie Wrage
                                     Jeff T. Olsen
                                     Attorneys for Defendants,
                                     AGRESERVES, INC. dba SOUTH
                                     VALLEY FARMS, GEORGE CAMPO,
                                     and JAY PAYNE, and specially
                                     appearing for unserved parties THE
                                     CHURCH OF JESUS CHRIST OF
                                     LATTER DAY SAINTS and SOUTH
                                     VALLEY FARMS dba SOUTH VALLEY
                                     ALMOND COMPANY

                                 ORDER

IT IS SO ORDERED.

Dated:   October 13, 2015        _____
                                 SENIOR DISTRICT JUDGE

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITH PREJUDICE**