UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ROBLES,<br><br>     Plaintiff<br><br>     v.<br><br>AGRESERVES, INC., et al.,<br><br>     Defendant<br><hr>AND RELATED COUNTERCLAIM | CASE NO. 1:14-CV-0540  AWI JLT<br><br><br>SUPPLEMENTAL PRE-TRIAL ORDER |

On February 19, 2016, the parties filed a stipulation to change the date for filing motions in limine from February 22, 2016 to February 26, 2016 at 4:00 p.m.  Additionally, Defendants have requested inclusion of additional exhibits, and represent that Plaintiff's counsel has agreed to the addition.  The Court will give effect to the stipulation, and will add the additional exhibits based on defense counsel's representations.

Finally, Plaintiff has filed an objection to the pre-trial order and asks that 62 exhibits be identified and added to the pre-trial order. See Doc. No. 71.  The list of 62 exhibits appears to be identical to a list that was provided by Plaintiff on February 12, 2016. Cf. id. with Doc. No. 62.  It appears to the Court that the 62 items are already included in the Pre-Trial order. Cf. Docs. 62, 71 with Doc. No. 69.  If Plaintiff believes that a particular exhibit has been omitted, Plaintiff may file a separate request to modify the pre-trial order and identify the particular exhibit(s) that should be added.  For now, and in the absence of particularly identified exhibit(s), the Court will not supplement the pre-trial order with respect to Plaintiff's exhibits.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for filing motions in limine is RESET from February 22, 2016 to on or by 4:00 p.m. on February 26, 2016;

2. The following exhibits shall appear under Section VIII(A) of the Pre-Trial Order (Defendants' List of Exhibits):

   a. Evaluation Report of Juan Carlos Robles by Dr. Michael E. Kania AGR001483-1508;

   b. Photographs of Agreserves worksites and geography in general and specifically at:

      i. Wasco

      ii. Sherwood

      iii. Whisler East

      iv. Riverside

      v. Beech;

3. Plaintiff's objections (Doc. No. 71) are OVERRULED without prejudice to refiling a particularized request to add exhibits (within the remaining time provided by Pre-Trial Order for filing objections);

4. All other dates, deadlines, and sections of the Pre-Trial Order remain unmodified.

IT IS SO ORDERED.

Dated:   February 19, 2016                    _____
                                              SENIOR DISTRICT JUDGE

2