1  Richard D. Marca, Bar #127365
   Richard.Marca@GreshamSavage.com
2  Jamie Wrage, Bar #188982
   Jamie.Wrage@GreshamSavage.com
3  Jeff Olsen, Bar #283249
   Jeff.Olsen@GreshamSavage.com
4  **GRESHAM SAVAGE NOLAN & TILDEN,**
   **A Professional Corporation**
5  550 E. Hospitality Lane, Suite 300
   San Bernardino, CA 92408-4205
6  Telephone:   (951) 684-2171
   Facsimile:    (951) 684-2150
7
   Attorneys for Defendants,
8  AGRESERVES, INC. dba SOUTH VALLEY FARMS,
   improperly named as SOUTH VALLEY FARMS dba
9  SOUTH VALLEY ALMOND COMPANY, LLC.;
   GEORGE CAMPO, an individual; and
10 JAY PAYNE, an individual

11
   KARL A. GERBER (State Bar No. 166003)
12 ANN GULESER (State Bar No. 210790)
   aguleser@emplaw.net
13 EMPLOYMENT LAWYERS GROUP
   13418 Ventura Boulevard
14 Sherman Oaks. California 91423
   Telephone: (818) 783-7300
15
   Attorneys for Plaintiff
16 JUAN CARLOS ROBLES

17              **UNITED STATES DISTRICT COURT**

18             **EASTERN DISTRICT OF CALIFORNIA**

19                   **FRESNO DIVISION**

20 JUAN CARLOS ROBLES, an individual;     ) CASE NO. 1:14-CV-00540-AWI-JLT
                                          )
21       Plaintiff,                       ) **PARTIES' JOINT STIPULATION FOR**
                                          ) **DISMISSAL OF THE 1st CAUSE OF**
22 vs.                                    ) **ACTION FOR DISCRIMINATION**
                                          ) **BASED ON NATIONAL ORIGIN**
23 AGRESERVES, INC..; THE CHURCH OF       ) **(ONLY) IN VIOLATION OF TITLE VII,**
   JESUS CHRIST OF LATTER DAY SAINTS;     ) **AND THE 14th CAUSE OF ACTION FOR**
24 SOUTH VALLEY FARMS dba SOUTH           ) **WRONGFUL TERMINATION IN**
   VALLEY ALMOND COMPANY, LLC;            ) **VIOLATION OF PUBLIC POLICY**
25 JORGE CAMPOS, an individual; JAY       )
   PAYNE, an individual; and DOES 1 through )
26 100, inclusive                         )
                                          )
27       Defendants.                      )
                                          )
28 _____    )

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE
SUITE 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

                                          1
**PARTIES' JOINT STIPULATION TO DISMISS CERTAIN CLAIMS BY PLAINTIFF JUAN CARLOS
ROBLES AGAINST DEFENDANT AGRESERVES, INC. DBA SOUTH VALLEY FARMS ONLY**

A915-000 – 2180141.1

FILED

MAR 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

AGRESERVES, INC.,                              )
                                               )
1          COUNTERCLAIMANT,                     )
                                               )
2   vs.                                         )
                                               )
3   JUAN CARLOS ROBLES, an individual; and      )
4   ROES 1 through 10, inclusive,               )
                                               )
5          COUNTER-Defendants.                  )
                                               )
6                                               )

7          WHEREAS, Trial in this matter is set for March 22, 2016;

8          WHEREAS, Plaintiff Juan Carlos Robles ("Plaintiff") has decided to dismiss his claims

9   against AgReserves, Inc. dba South Valley Farms ("AgReserves") for: (1) discrimination based

10  on national origin in violation of Title VII, and (2) wrongful termination in violation of public

11  policy;

12         THEREFORE, the Parties hereby stipulate that the claims listed below by Plaintiff

13  against AgReserves shall be dismissed immediately:

14         (1) the 1st cause of action for discrimination based on national origin (only) in violation

15  of Title VII; and

16         (2) the 14th cause of action for wrongful termination in violation of public policy.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

GRESHAM|SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE
SUITE. 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

2

**PARTIES' JOINT STIPULATION TO DISMISS CERTAIN CLAIMS BY PLAINTIFF JUAN CARLOS ROBLES AGAINST DEFENDANT AGRESERVES, INC. DBA SOUTH VALLEY FARMS ONLY**

A915-000 -- 2180141.1

1  **IT IS SO STIPULATED.**

2  DATED: March 18 , 2016

3

4

5

6

7

8

9

10  DATED: March 18, 2016

11

12

13

14

15  **IT IS SO ORDERED.**

16

17

18  DATED: 3-22-/6

19

20

21

22

23

24

25

26

27

28

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation

By: /s/ Richard D. Marca
    Richard D. Marca
    Jamie Wrage
    Jeff Olsen
    Attorneys for Defendants,
    AGRESERVES, INC. dba SOUTH VALLEY
    FARMS, GEORGE CAMPO, and JAY
    PAYNE

EMPLOYMENT LAWYERS GROUP

By: /s/ Ann Guleser
    Karl Gerber
    Ann Guleser
    Attorneys for Plaintiff,
    JUAN CARLOS ROBLES

UNITED STATES DISTRICT COURT JUDGE

GRESHAM SAVAGE
ATTORNEYS AT LAW
550 E. HOSPITALITY LANE
SUITE 300
SAN BERNARDINO, CA
92408-4205
(909) 890-4499

3

PARTIES' JOINT STIPULATION TO DISMISS CERTAIN CLAIMS BY PLAINTIFF JUAN CARLOS
ROBLES AGAINST DEFENDANT AGRESERVES, INC. DBA SOUTH VALLEY FARMS ONLY